UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR98-00241P |
| Plaintiff, ) | |
| ) | SUMMARY REPORT OF U.S. |
| v. ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| STACY LEE ANN HUMPHREY, ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on supervised release revocation in this case was scheduled before the undersigned Magistrate Judge on April 15, 2005. The United States was represented by Assistant United States Attorney Patricia C. Lally, and the defendant by Ms. Cassandra Stamm. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about July 13, 1998, by the Honorable Marsha J. Pechman on a charge of Bank Fraud, and sentenced to one (1) days' imprisonment and four (4) years of supervised release. Defendant's supervised release was revoked on September 15, 2004, and at that time was sentenced to ten (10) days in custody, and nineteen (19) months of supervised release.

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws, and with the standard conditions of supervision. Other special conditions included participating in a substance abuse treatment program, participating in a

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

mental health program, financial disclosure, fifty (50) hours of community service, search, restitution, and electronic monitoring for ninety (90) days.

In an application dated January 27, 2005, U.S. Probation Officer Frances L. Davis alleged the following violation of the conditions of supervised release: failure to comply with the electronic monitoring program, in violation of the special condition that defendant participate in a home confinement program with electronic monitoring as directed by the U.S. Probation Officer for a period of ninety (90) days.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing will be set before Judge Marsha J. Pechman. The appropriate parties to this action will be notified upon determination of the date and time this proceeding will be held.

Pending a final determination by the Court, defendant has been detained.

DATED this 15th day of April, 2005.

s/ JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:        Honorable Marsha J. Pechman
    AUSA:                  Ms. Patricia C. Lally
    Defendant's attorney:  Ms. Cassandra Stamm
    Probation officer:     Ms. Frances L. Davis

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 2